DOLAN DINING Co., INC., a corporation of New Jersey, complainant-respondent,

*v.*

COOKS' AND ASSISTANTS' UNION, LOCAL No. 399, A. F. OF L., JOSEPH A. LONGO, STEVE BUKOWSKI, FRANCIS DAY and MONTY RICH, defendants-appellants.

[Submitted May term, 1939—Decided October 26th, 1939.]

*Mr. Samuel H. Nelson,* for the complainant-respondent.

*Mr. Herman Marx* and *Mr. Soloman Golat,* for the defendants-appellants.

PER CURIAM.

Complainant operates a restaurant business of the "diner" type.   On October 11th, 1938, certain of the employes, mem-

bers of the defendant trade union local, went out on strike The order under appeal is a restraint *pendente lite* against picketing and incidental activities. Sufficient to say that the case comes within the ruling made concurrently herewith in *Kitty Kelly Shoe Corp.* v. *United Retail, &c., Local 108, 126 N. J. Eq. 318.  Cf. Heyl* v. *Culinary Alliance, Local 611, 126 N. J. Eq. 320,* also concurrently decided.

The order will be reversed and the cause remanded to be proceeded with in course.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   14.